AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| David Mccown, Individually and On Behalf Of All Others Similarly Situated <br><br>*Plaintiff(s)*<br><br>v.<br><br>Navan, Inc., et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  5:26-cv-01550

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  *See Addendum*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ___02/23/1016___                    _____
                                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-01550

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ADDENDUM TO SUMMONS

Complaint Listed Defendants:

1.  Navan, Inc.,
    3045 Park Boulevard,
    Palo Alto, California 94306

2.  Ariel Cohen,
    3045 Park Boulevard,
    Palo Alto, California 94306

3.  Amy Butte,
    3045 Park Boulevard,
    Palo Alto, California 94306

4.  Anne Giviskos,
    3045 Park Boulevard,
    Palo Alto, California 94306

5.  Ben Horowitz,
    3045 Park Boulevard,
    Palo Alto, California 94306

6.  Arif Janmohamed,
    3045 Park Boulevard,
    Palo Alto, California 94306

7.  Michael Kourey,
    3045 Park Boulevard,
    Palo Alto, California 94306

8.  Clara Liang,
    3045 Park Boulevard,
    Palo Alto, California 94306

9.  Sandesh Patnam,
    3045 Park Boulevard,
    Palo Alto, California 94306

10. Ilan Twig,
    3045 Park Boulevard,
    Palo Alto, California 94306

11. Anré Williams,
    3045 Park Boulevard,
    Palo Alto, California 94306

12. Oren Zeev,
    3045 Park Boulevard,
    Palo Alto, California 94306

13. Goldman Sachs & Co. LLC,
    200 West Street,
    New York, 10282

14. Citigroup Global Markets Inc.,
    388 Greenwich Street,
    New York, New York 10013

15. Jefferies LLC,
    1209 Orange St,
    Wilmington, DE 19801

16. Mizuho Securities USA LLC,
    1271 Avenue of the Americas
    New York, NY 10020

17. Morgan Stanley & Co. LLC,
    1585 Broadway, 17th Floor
    New York, NY 10036

18. BNP Paribas Securities Corp.,
    787 Seventh Avenue
    New York, NY 10019

19. Citizens JMP Securities, LLC,
    101 California Street, Suite 1700
    San Francisco, CA 94111

20. Oppenheimer & Co. Inc.,
    84 Broad Street, 22nd/24th FL
    New York, NY 10004

21. MUFG Securities Americas Inc.,
    1221 Avenue of the Americas, 6thFL
    New York, NY 10020

22. Needham & Company, LLC,
    250 Park Avenue, 10th FL
    New York, NY 10177

23.      BTIG, LLC,
            350 Bush Street, 9th FL
            San Francisco, CA 94104

24.      Loop Capital Markets LLC,
            425 S. Financial Place, Suite 2700
            Chicago, IL 60605

25.      Academy Securities Inc.,
            622 3rd Avenue, 12th FL
            New York, NY 10017

26.      Rosenblatt Securities Inc.
            40 Wall Street, 59th FL
            New York, NY 10005