UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

David McCown                    ,

Plaintiff(s),

v.

Navan, Inc., et al.                    ,

Defendant(s).

Case No. 5:26-cv-01550-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER
(CIVIL LOCAL RULE 11-3)

I, Thomas L. Laughlin, IV , an active member in good standing of the bar of New York State , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: David McCown in the above-entitled action. My local co-counsel in this case is John T. Jasnoch , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: CA 281605 .

230 Park Avenue, 24th Floor, New York, NY 10169

MY ADDRESS OF RECORD

212-223-6444

MY TELEPHONE # OF RECORD

tlaughlin@scott-scott.com

MY EMAIL ADDRESS OF RECORD

600 W. Broadway, Suite 3300, San Diego, CA 92101

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

619-233-4565

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jjasnoch@scott-scott.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4471975 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/24/2026

Thomas L. Laughlin, IV
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Thomas L. Laughlin, IV    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  February 25, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2