COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
TIJANA BRIEN (286590) (tbrien@cooley.com)
TARA E. LEVENS (356313) (tlevens@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
Navan, Inc., Ariel Cohen, Amy Butte, Anne Giviskos,
Ben Horowitz, Arif Janmohamed, Michael Kourey, Clara
Liang, Sandesh Patnam, Ilan Twig, Anré Williams, and
Oren Zeev

*[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCCOWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVAN, INC., ARIEL COHEN, AMY BUTTE, ANNE GIVISKOS, BEN HOROWITZ, ARIF JANMOHAMED, MICHAEL KOUREY, CLARA LIANG, SANDESH PATNAM, ILAN TWIG, ANRÉ WILLIAMS, OREN ZEEV, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, MIZUHO SECURITIES USA LLC, MORGAN STANLEY & CO. LLC, BNP PARIBAS SECURITIES CORP., CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., MUFG SECURITIES AMERICAS INC., NEEDHAM & COMPANY, LLC, BTIG, LLC, LOOP CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC., and ROSENBLATT SECURITIES INC.,<br><br>Defendants. | Case No. 3:26-cv-01550-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**STIPULATION AND [~~PROPOSED~~] ORDER**
**CASE NO. 3:26-CV-01550-CRB**

1. On February 23, 2026, Plaintiff David McCown ("Plaintiff") filed the Complaint (ECF No. 1) (the "Complaint") and published notice of the above-captioned action in accordance with the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, *et seq*. The PSLRA gives members of the putative class sixty days after the notice is published to move for appointment as lead plaintiff. Once applications for lead plaintiff are closed, the district court must determine who among the movants is the "most adequate plaintiff." 15 U.S.C. § 78u-4(a)(3)(B).

2. The parties anticipate that this Court will appoint a lead plaintiff in accordance with the PSLRA, and that the lead plaintiff will desire to file an amended complaint or designate the Complaint as the operative complaint.

3. The above-captioned defendants—Navan, Inc., Ariel Cohen, Amy Butte, Anne Giviskos, Ben Horowitz, Arif Janmohamed, Michael Kourey, Clara Liang, Sandesh Patnam, Ilan Twig, Anré Williams, Oren Zeev, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Jefferies LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, BNP Paribas Securities Corp., Citizens JMP Securities LLC, Oppenheimer & Co. Inc., MUFG Securities Americas Inc., Needham & Company, LLC, BTIG, LLC, Loop Capital Markets LLC, Academy Securities, Inc., and Rosenblatt Securities Inc. (collectively, "Defendants")—wish to continue the date for any response to the Complaint until a lead plaintiff is appointed and the lead plaintiff either files a consolidated and/or amended complaint or designates the Complaint as the operative complaint.

4. Because this action is governed by the PSLRA, it is subject to a mandatory stay of all discovery pending determination of a motion to dismiss. As such, the parties believe it would save judicial and party resources to continue the Case Management Conference set for May 29, 2026, until after Defendants' anticipated motion to dismiss is resolved.

5. No party has previously requested or received time for an extension to respond to the Complaint.

**STIPULATION**

**THEREFORE, IT IS HEREBY STIPULATED,** by and between the undersigned counsel for the parties, that:

1.	The undersigned counsel for Defendants is authorized to, and hereby does, accept service of the Complaint for Defendants, conditioned on Defendants' preservation of all defenses and objections to the Complaint and any consolidated or amended complaint in this and any related action, including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process.

2.	Defendants are not required to answer, move to dismiss, or otherwise respond to the Complaint.

3.	Within fourteen (14) days after the Court appoints a lead plaintiff, the lead plaintiff and Defendants will submit to the Court a proposed schedule for the filing of an amended complaint and the time for Defendants' response thereto.

4.	Subject to approval of the Court, the Case Management Conference set for May 29, 2026, shall be continued to a date following the resolution of any motion to dismiss the operative complaint.

5.	Defendants deny the allegations in the Complaint and expressly reserve all rights, defenses and/or other objections to the Complaint, except insufficient process or insufficient service of process.

6. A Joint Status Report due by August 14, 2026.

Dated: March 17, 2026                         COOLEY LLP


                                              By: */s/ Tijana Brien*
                                              Tijana Brien

                                              Attorneys for Defendants
                                              *Navan, Inc., Ariel Cohen, Amy Butte, Anne Giviskos, Ben Horowitz, Arif Janmohamed, Michael Kourey, Clara Liang, Sandesh Patnam, Ilan Twig, Anré Williams, and Oren Zeev*

Dated: March 17, 2026

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Mark Foster*
    Mark Foster

Attorneys for Defendants
*Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Jefferies LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, BNP Paribas Securities Corp., Citizens JMP Securities LLC, Oppenheimer & Co. Inc., MUFG Securities Americas Inc., Needham & Company, LLC, BTIG, LLC, Loop Capital Markets LLC, Academy Securities, Inc., and Rosenblatt Securities Inc.*

Dated: March 17, 2026

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: */s/ John T. Jasnoch*
    John T. Jasnoch

*Attorney for Plaintiff David McCowen and the Proposed Class*

\*        \*        \*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A Joint Status Report due by August 14, 2026.

DATED:    March 18, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge