John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCCOWN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 5:26-cv-01550 |
| Plaintiff, | **DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF CHRISTINA BROWN'S MOTION FOR (1) APPOINTMENT AS LEAD PLAINTIFF AND (2) APPROVAL OF LEAD COUNSEL** |
| v. | |
| NAVAN, INC., ARIEL COHEN, AMY BUTTE, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, MIZUHO SECURITIES USA LLC, MORGAN STANLEY & CO. LLC, BNP PARIBAS SECURITIES CORP., CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., MUFG SECURITIES AMERICAS INC., NEEDHAM & COMPANY, LLC, BTIG, LLC, LOOP CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC., and ROSENBLATT SECURITIES INC. | |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I am an attorney duly licensed to practice in the State of California.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").

2.    I make this declaration in support of the motion of Lead Plaintiff movant and putative Class member Christina Brown ("Movant") for an order: (1) appointing Movant as Lead Plaintiff and (2) approving Movant's selection of Scott+Scott and the Schall Law Firm as Co-Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could, and would, competently testify thereto.

3.    Attached are true and correct copies of the following:

Exhibit A:    Notice published on February 23, 2026 pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") via *Businesswire*;

Exhibit B:    Movant's PSLRA Certification;

Exhibit C:    Movant's Loss Chart;

Exhibit D:    Scott+Scott's firm résumé; and

Exhibit E:    Schall Law Firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of April 2026, in San Diego, California.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

1

DECL. OF JOHN T. JASNOCH IN ISO CHRISTINA BROWN'S MOTION FOR: (1) APPOINTMENT AS LEAD PLTF. AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 24, 2026, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 24, 2026, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

DECL. OF JOHN T. JASNOCH IN ISO CHRISTINA BROWN'S MOTION FOR: (1) APPOINTMENT AS LEAD PLTF. AND (2) APPROVAL OF SELECTION OF LEAD COUNSEL