Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
   *clinehan@glancylaw.com*
GLANCY PRONGAY WOLKE & ROTTER LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant Gregory
Bunch and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCCOWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVAN, INC., ARIEL COHEN, AMY BUTTE, ANNE GIVISKOS, BEN HOROWITZ, ARIF JANMOHAMED, MICHAEL KOUREY, CLARA LIANG, SANDESH PATNAM, ILAN TWIG, ANRÉ WILLIAMS, OREN ZEEV, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., JEFFERIES LLC, MIZUHO SECURITIES USA LLC, MORGAN STANLEY & CO. LLC, BNP PARIBAS SECURITIES CORP., CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., MUFG SECURITIES AMERICAS INC., NEEDHAM & COMPANY, LLC, BTIG, LLC, LOOP CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC., and ROSENBLATT SECURITIES INC.,<br><br>Defendants. | Case No. 3:26-cv-01550-CRB<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF GREGORY BUNCH FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:26-cv-01550-CRB

I, Charles H. Linehan, declare as follows:

1.    I am an attorney with the law firm of Glancy Prongay Wolke & Rotter LLP, counsel for Lead Plaintiff Movant Gregory Bunch ("Bunch") and proposed lead counsel for the class in the above-captioned action. I make this declaration in support of Bunch's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on February 23, 2026, announcing the pendency of the action against the defendants herein;

Exhibit B:    Signed PSLRA Certification of Bunch;

Exhibit C:    Analysis of Bunch's financial interest;

Exhibit D:    Firm résumé of Glancy Prongay Wolke & Rotter LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of April 2026, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:26-cv-01550-CRB

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On April 24, 2026, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 24, 2026, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan