ROBBINS GELLER RUDMAN
   & DOWD LLP
SHAWN A. WILLIAMS (213113)
DANIEL J. PFEFFERBAUM (248631)
HADIYA K. DESHMUKH (328118)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
MICHAEL A. TRONCOSO (221180)
KENNETH P. DOLITSKY (345400)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCCOWN, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>   vs.<br><br>NAVAN, INC., et al.,<br><br>                        Defendants. | Master File No. 3:26-cv-01550-CRB<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER |

4898-5583-4808.v1

WHEREAS, on February 23, 2026, Plaintiff David McCown filed a complaint in this Court against Defendants Navan, Inc., Ariel Cohen, Amy Butte, Anne Giviskos, Ben Horowitz, Arif Janmohamed, Michael Kourey, Clara Liang, Sandesh Patnam, Ilan Twig, Anré Williams, Oren Zeev, Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Jefferies LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, BNP Paribas Securities Corp., Citizens JMP Securities, LLC, Oppenheimer & Co. Inc., MUFG Securities Americas Inc., Needham & Company, LLC, BTIG, LLC, Loop Capital Markets LLC, Academy Securities, Inc., and Rosenblatt Securities Inc. (collectively, "Defendants").  ECF 1;

WHEREAS, on March 18, 2026, the Court entered an order: (i) extending Defendants' time to respond to the complaint; (ii) continuing the May 29, 2026 case management conference to a date following the resolution of any motion to dismiss the operative complaint; (iii) requiring that, within 14 days after the Court appoints a lead plaintiff, the lead plaintiff and Defendants submit to the Court a proposed schedule for the filing of an amended complaint and Defendants' response thereto; and (iv) requiring the parties to file a joint status report by August 14, 2026.  ECF 16;

WHEREAS, on April 24, 2026, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §77z-1(a)(3)(B), Jimmy Lu filed a Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel ("Jimmy Lu's Motion").  ECF 19;

WHEREAS, six other movants filed for appointment of lead plaintiff ("Motions to Appoint Lead Plaintiff and Class Counsel").  ECFs 24, 27, 28, 35, 38, and 42;

WHEREAS, on June 12, 2026, the Court held a hearing on the Motions to Appoint Lead Plaintiff and Class Counsel.  ECF 62;

WHEREAS, on June 16, 2026, this Court entered an Order granting Jimmy Lu's Motion and appointed him Lead Plaintiff, and appointed Robbins Geller Rudman & Dowd LLP as Lead Counsel.  ECF 63;

WHEREAS, counsel for Lead Plaintiff and Defendants have conferred and have agreed to the following schedule for the filing of an amended complaint and response thereto;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, subject to the Court's approval, that:

1.     Lead Plaintiff shall have until  August 5, 2026, to file an amended complaint;

2.     Defendants shall have until September 24, 2026, to file their response(s) to the amended complaint;

3.     Lead Plaintiff shall have until November 13, 2026, to file his opposition(s);

4.     Defendants shall have until December 18, 2026, to file their reply or replies; and

5.     All pretrial and ADR program deadlines and other deadlines set forth in the Court's Initial Case Management Scheduling Order with ADR Deadlines, including the deadline for the joint status report set for August 14, 2026, are vacated until after the Defendants' anticipated motion(s) to dismiss the amended complaint has/have been decided and shall be reset for dates the Court determines to be appropriate at that time.

DATED:  June 30, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
DANIEL J. PFEFFERBAUM
HADIYA K. DESHMUKH


                    s/ Daniel J. Pfefferbaum
              DANIEL J. PFEFFERBAUM

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
hdeshmukh@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL A. TRONCOSO
KENNETH P. DOLITSKY
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
mtroncoso@rgrdlaw.com
kdolitsky@rgrdlaw.com

Lead Counsel for Lead Plaintiff

DATED:  June 30, 2026

COOLEY LLP
PATRICK E. GIBBS
TIJANA BRIEN
TARA E. LEVENS

_____s/ Patrick E. Gibbs_____
PATRICK E. GIBBS

3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: 650/843-5000
650/849-7400 (fax)

Attorneys for Defendants Navan, Inc., Ariel Cohen, Amy Butte, Anne Giviskos, Ben Horowitz, Arif Janmohamed, Michael Kourey, Clara Liang, Sandesh Patnam, Ilan Twig, Anré Williams, and Oren Zeev

DATED:  June 30, 2026

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
MARK R.S. FOSTER
MADISON FLOWERS

_____s/ Mark R.S. Foster_____
MARK R.S. FOSTER

525 University Ave.
Palo Alto, CA  94301
Telephone:  650/470-4500
650/470-4570 (fax)

Attorneys for Defendants Goldman Sachs & Co. LLC, Citigroup Global Markets Inc., Jefferies LLC, Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, BNP Paribas Securities Corp., Citizens JMP Securities LLC, Oppenheimer & Co. Inc., MUFG Securities Americas Inc., Needham & Company, LLC, BTIG, LLC, Loop Capital Markets LLC, Academy Securities, Inc., and Rosenblatt Securities Inc.

**O R D E R**

IT IS SO ORDERED.

DATED:  ___June 30, 2026___   _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] SCHEDULING ORDER - 3:26-cv-01550-CRB                - 3 -
4898-5583-4808.v1