**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MCCOWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NAVAN, INC., ARIEL COHEN, AMY BUTTE, ANNE GIVISKOS, BEN HOROWITZ, ARIF JANMOHAMED, MICHAEL KOUREY, CLARA LIANG, SANDESH PATNAM, ILAN TWIG, ANRÉ WILLIAMS, OREN ZEEV, GOLDMAN SACHS & CO. LLC, CITIGROUP GLOBAL MARKETS INC., KEFFERIES LLC, MIZUHO SECURITIES USA LLC, MORGAN STANLEY & CO. LLC, BNP PARIBAS SECURITIES CORP., CITIZENS JMP SECURITIES, LLC, OPPENHEIMER & CO. INC., MUGF SECURITIES AMERICAS INC., NEEDHAM & COMPANY, LLC, BTIG, LLC, LOOP CAPITAL MARKETS LLC, ACADEMY SECURITIES, INC., and ROSENBLATT SECURITIES INC.,<br><br>Defendants. | Case No.: 3:26-cv-01550-CRB<br><br>**~~[PROPOSED]~~ ORDER**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Judge Charles R. Breyer |

[Caption continued on next page]

| | |
|---|---|
| CHRISTOPHER NAIMOLI, Derivatively on Behalf of Nominal Defendant NAVAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL COHEN, AMY BUTTE, ANNE GIVISKOS, BEN HOROWITZ, ARIF JANMOHAMED, MICHAEL KOUREY, CLARA LIANG, SANDESH PATNAM, ILAN TWIG, ANRÉ WILLIAMS, and OREN ZEEV,<br><br>Defendants,<br><br>and<br><br>NAVAN, INC.,<br><br>Nominal Defendant. | Case No.: 5:26-cv-09981-BLF<br><br>Judge Beth Labson Freeman<br><br>Date Filed: September 8, 2026 |
| SEKOU CHERIF, Derivatively on Behalf of Nominal Defendant NAVAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARIEL COHEN, AMY BUTTE, ANNE GIVISKOS, BEN HOROWITZ, ARIF JANMOHAMED, MICHAEL KOUREY, CLARA LIANG, SANDESH PATNAM, ILAN TWIG, ANRÉ WILLIAMS, and OREN ZEEV,<br><br>Defendants,<br><br>and<br><br>NAVAN, INC.,<br><br>Nominal Defendant. | Case No.: 5:26-cv-10853-SVK<br><br>Magistrate Judge Susan van Keulen<br><br>Date Filed: September 23, 2026 |

Upon consideration of Plaintiffs Christopher Naimoli's and Sekou Cherif's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Naimoli v. Cohen, et al.*, Case No. 5:26-cv-09981-BLF (the "*Naimoli* Action") and *Cherif v. Cohen, et al.*, Case No. 5:26-cv-10853-SVK (the "*Cherif* Action" and with the *Naimoli* Action, the "Related Derivative Actions") shall be deemed related to each other and to *McCown v. Navan, Inc.*, Case No. 3:26-cv-01550-CRB (the "Securities Class Action") pursuant to Civ. L.R. 3-12.

The Court HEREBY ORDERS:

1. The Related Derivative Actions are deemed related to each other and to the Securities Class Action.

2. The Related Derivative Actions are hereby reassigned to Judge Charles R. Breyer.

3. Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conferences currently scheduled in the Related Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: November 6, 2026

HON. CHARLES R. BREYER
UNITED STATED DISTRICT JUDGE